In the Matter of the ATTORNEY-GENERAL *v.* THE CONTINENTAL LIFE INSURANCE COMPANY.

(Argued June 3, 1884; decided June 17, 1884.)

*William Barnes* for appellant.

*John C. Keeler* for receiver, respondent.

*Denis O'Brien*, Attorney-General.

Agree to affirm; no opinion.
All concur.
Order affirmed.